UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-MJ-1014-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRAS LUKACS | ORDER |

This matter is before the Court on the defendant's unopposed motion to correct and modify his sentence. For good cause shown, the portion of the defendants sentence calling for 90 day probation is hereby stricken. An amended judgment shall immediately issue reflecting this correction.

SO ORDERED, this 24 day of July, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE